THE STATE OF OHIO, APPELLEE, *v.* JAY, APPELLANT.

[Cite as *State v. Jay*, 130 Ohio St.3d 239, 2011-Ohio-5161.]

(No. 2009–1915—Submitted September 21, 2011—Decided October 12, 2011.)

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Dunlap*, 129 Ohio St.3d 461, 2011-Ohio-4111, 953 N.E.2d 816.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas and Lisa Williamson, Assistant Prosecuting Attorneys, for appellee.

Jeffrey Jay, pro se.